**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 17-81292-CV-ROSENBERG/HOPKINS**

MARIE C. LANGE,

      Plaintiff,

v.

ASTRA BUSINESS SERVICES PRIVATE
LIMITED CORP.,

      Defendant.
_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

Plaintiff, Marie C. Lange, and Defendant, Astra Business Services Private Limited Corp., by and through undersigned counsel, hereby submit this Joint Notice of Pending Settlement and state that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 8th day of February 2018.

*TC-0083*

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Notice of Pending Settlement.

| | |
|---|---|
| */s/ Anthony C. Norman* | */s/ Ernest H. Kohlmyer, III* |
| Anthony C. Norman, Esq. | Ernest H. Kohlmyer, III, Esq. |
| Florida Bar No. 112105 | Florida Bar No. 0110108 |
| anthony@fight13.com | SKohlmyer@shepardfirm.com |
| LOAN LAWYERS, LLC | Shepard, Smith, Kohlmyer & Hand, P.A. |
| *Attorneys for Plaintiff* | *Counsel for Defendant* |
| 2150 S. Andrews Ave, 2nd Floor | 2300 Maitland Center Pkwy Suite 100 |
| Fort Lauderdale, FL 33316 | Maitland, FL 32751-7410 |
| Telephone: (954) 523-4357 | (407) 622-1772 |
| Facsimile: (954) 581-2786 | (407) 622-1884 (fax) |

*TC-0083*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on February 8, 2018 with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

By: */s/ Anthony C. Norman*
Anthony C. Norman, Esq.
Florida Bar No.  112105
LOAN LAWYERS, LLC

*TC-0083*