UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-81292-CV-ROSENBERG/HOPKINS

MARIE C. LANGE,

    Plaintiff,

v.

ASTRA BUSINESS SERVICES PRIVATE
LIMITED CORP.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the court on the Parties' Joint Stipulation for Final Order of Dismissal [DE 17]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 8th day of March, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF